## BROADY v. NEW YORK.

No. 104.   Decided October 12, 1959.

*Sol Gelb* and *Harris B. Steinberg* for appellant.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE HARLAN took no part in the consideration or decision of this case.

## KISER ET AL. v. CLINCHFIELD COAL CORP.

No. 106.   Decided October 12, 1959.

*S. H. Sutherland* for appellants.

*Wm. A. Stuart* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question.